

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Paris SNF, LLC d/b/a Heritage House at
Paris Rehab & Nursing, Appellant

No. 06-22-00028-CV          v.

Brenda Sheetz and Ronald Hill, Appellees

Appeal from the 62nd District Court of
Lamar County, Texas (Tr. Ct. No. 90535).
Memorandum Opinion delivered by Chief
Justice MorrissJustice Stevens and Justice
van Cleef participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Paris SNF, LLC d/b/a Heritage House at Paris Rehab & Nursing, pay all costs incurred by reason of this appeal.

RENDERED JULY 13, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk